# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ANDREA VARELA CHAVEZ, | ) | Case No.: 1:19-cv-1301 - JLT |
|---|---|---|
| Plaintiff, | ) ) | ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED MARCH 9, 2020 |
| v. | ) | (Doc. 11) |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| Defendant. | ) ) | |

Previously, the Court ordered Plaintiff to show cause in writing why sanctions should not be imposed for failure to comply with the deadline to serve a confidential letter brief and file proof of service with the Court. (Doc. 11) The same date, Plaintiff timely filed a response, as well as a proof of service indicating Commissioner was served with her confidential brief. (Docs. 12, 13) Accordingly, the order to show cause dated March 9, 2020 (Doc. 11) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: __**March 17, 2020**__    _____**/s/ Jennifer L. Thurston**_____
UNITED STATES MAGISTRATE JUDGE

1