1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11 | ANDREA CHAVEZ,                                     ) Case No.: 1:19-cv-1301 - JLT
                                                      )
12 |              Plaintiff,                           ) ORDER GRANTING THE COMMISSIONER'S
                                                      ) REQUEST FOR AN EXTENSION OF TIME
13 |       v.                                          )
                                                      ) (Doc. 17)
14 | COMMISSIONER OF SOCIAL SECURITY,                  )
                                                      )
15 |              Defendant.                           )
                                                      )
16

17       On June 11, 2020, the parties stipulated for the Commissioner to have an extension 74 days to

18 | respond to Plaintiff's opening brief.  (Doc. 17)  Notably, the Scheduling Order allows for a single

19 | extension of thirty days by the stipulation of the parties. (Doc. 5 at 3). Beyond the thirty-day extension,

20 | requests to amend the schedule "will be granted only for good cause."  (*Id.*)  Thus, the Court

21 | **ORDERS**:

22       1.    The request for an extension of time (Doc. 17) is **GRANTED**; and

23       2.    The Commissioner **SHALL** respond to the opening brief no later than **August 28, 2020**.

24

25 | IT IS SO ORDERED.

26     Dated:    **June 13, 2020**                        **/s/ Jennifer L. Thurston**
27                                                         UNITED STATES MAGISTRATE JUDGE

28