**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREA VARELA CHAVEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.: 1:19-cv-1301 - JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR A FURTHER EXTENSION OF TIME<br><br>(Doc. 19) |

On August 20, 2020, the parties stipulated for Defendant to have an additional fourteen-day extension of time to file a response to opening brief.  Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties. (Doc. 5 at 3)  Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause."  (*Id.*)

Previously, the parties stipulated for Defendant to have an extension of 74 days to file a response to Plaintiff's opening brief.  (Docs. 17)  Thus, the Court extended the filing deadline from June 15, 2020 to August 28, 2020.  (Doc. 18)  Because Defendant was granted an extension of time based upon the stipulation of the parties—though it exceeded the duration permitted in the Court's scheduling order—the Court construes the stipulation to be a motion to amend the briefing schedule. (*See* Doc. 5 at 3)

S. Wheth McAdam, counsel for the Commissioner, asserts that she "analyzed the issues

Plaintiff raised and communicated with her client" after the prior extension was granted. (Doc. 19 at 1) Ms. McAdam reports she "needs more time to consult with her client regarding the issues raised in Plaintiff's brief and has run into difficulties based on heavy workloads and working at home with young children sheltering in place because of COVID." (*Id.* at 1-2) Thus, counsel requests a further extension of 14 days. Notably, Plaintiff does not oppose the requested extension. (*Id.* at 2) Further, it does not appear Plaintiff would suffer prejudice as a result of the additional extension of time. Accordingly, the Court **ORDERS**:

1. The request for a further extension of time (Doc. 19) is **GRANTED**;
2. Defendant **SHALL** file a response to Plaintiff's opening brief no later than **September 11, 2020**; and
3. Defendant is informed that no further extensions of time will be granted for the filing of the opening brief without a showing of exceptionally good cause, which will not include Counsel's workload.

IT IS SO ORDERED.

Dated:   **August 21, 2020**          **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE