UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA CHAVEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:19-cv-1301  JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF, ANDREA CHAVEZ, AND AGAINST DEFENDANT, ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY |

On August 30, 2020, Plaintiff and the Commissioner of Social Security stipulated to a voluntary remand of Plaintiff's appeal pursuant to sentence four of 42 U.S.C. § 405(g), for an ALJ to issue a new decision. (Doc. 21)  Specifically, the parties agree:

> The Appeals Council will instruct the ALJ to reevaluate whether the severity of Plaintiff's impairments met or medically equaled the criteria of a listed impairment. The Appeals Council will instruct the ALJ to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence and explain the weight given to the opinion evidence. The Appeals Council will instruct the ALJ to reassess Plaintiff's subjective statements about symptoms. The Appeals Council will instruct the ALJ to address the additional evidence submitted to the Appeals Council. The Appeals Council will instruct the ALJ to reassess Plaintiff's residual functional capacity to perform his past relevant work and obtain supplemental vocational expert testimony to assist in determining what jobs exist, if any, for Plaintiff given his vocational factors (age, education, and work experience) and residual functional capacity. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

(*Id.* at 1-2)  In addition, the parties request that the Court enter judgment in favor of Plaintiff and against the Commissioner.  (*Id.* at 2)

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and
2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Andrea Chavez, and against Defendant Andrew Saul, Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **August 31, 2020**         /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE