# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA VARELA CHAVEZ, ) | Case No.: 1:19-cv-01301 JLT |
| Plaintiff, ) ) | ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO |
| v. ) | JUSTICE ACT |
| ANDREW SAUL, ) Commissioner of Social Security, ) | (Doc. 24) |
| Defendant. ) | |

Andrea Varela Chavez and Andrew Saul, Commissioner of Social Security, stipulated for the payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 24) Subject to the terms of the stipulation, the Court **ORDERS:**

1. Plaintiff's request for fees (Doc. 24) is **GRANTED**; and
2. Fees in the total amount of $6,800.00 are **AWARDED** to Plaintiff, Sara Chavez.

IT IS SO ORDERED.

Dated: **November 17, 2020**          /s/ Jennifer L. Thurston
                                                         UNITED STATES MAGISTRATE JUDGE